

Page 1 of 2

**Envision** PHYSICIAN SERVICES
AFFILIATED EMERGENCY & HOSPITAL MEDICINE SERVICES

Services Performed by: PHOENIX ED MED OF BROWARD, LLC
Patient Name: JERRY PAUL
Account Number: BRD3920578030

**Payment Options**
Payment Plan: $127.83 x 6 months
OR
Pay In Full: $767.00 Due Upon Receipt
View All Options: envision.simpleepay.com

**Minimum Amount Due Upon Receipt: $767.00**

Account #: BRD3920578030
Services Performed at: BROWARD HEALTH IMPERIAL POINT-Emergency Services

| Visit Date | Description | Charges | Insurance Pmt/Adj | Patient Pmt/Adj | Patient Balance |
|---|---|---|---|---|---|
| | Patient Name: Jerry Paul   Provider(s): Tatyana Gelman, Pac | | | | |
| 12/14/19 | 99283 - Emergency Eval & Mgmt (Lvl 3) | $767.00 | | | |
| | Patient Balance | | | | $767.00 |
| **Grand Totals & Amount Due Today** | | $767.00 | $0.00 | $0.00 | $767.00 |

**Important Message**
Your medical bill is past due.

Contact Us: (800) 355-2470 | Access Code for Payments 830023
Hours of operation: 8:30AM - 7:00PM Eastern Time
Please detach and return bottom portion with your payment.

---

**Envision** PHYSICIAN SERVICES
AFFILIATED EMERGENCY & HOSPITAL MEDICINE SERVICES

PO BOX 38048
PHILADELPHIA, PA 19101-8048

ELECTRONIC SERVICE REQUESTED

7910004495   PRESORT 4495 1 AB 0.416 P1C19 <B>

JERRY PAUL
240 NE 21ST CT
POMPANO BEACH FL 33060-4942

Pay Online envision.simpleepay.com
(800) 355-2470

Patient Name: JERRY PAUL
Amount Due: $767.00
Due Date: Upon Receipt
Account #: BRD3920578030

Amount Enclosed: _____

Please make check payable to **PHOENIX ED MED OF BROWARD, LLC** and include your account number on your check.

PHOENIX ED MED OF BROWARD, LLC
PO BOX 38048
PHILADELPHIA, PA 19101-8048

2180400039205780300007670000000000000009