UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

20-CV-60692-DIMITROULEAS

JERRY PAUL,
Individually and on behalf of all
Others similarly situated

          Plaintiff,

vs.

ENVISION PHYSICIAN SERVICES, LLC,

          Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENTION TO RESPOND TO COMPLAINT

THIS CAUSE came before the Court on Defendant Envision Physician Services, LLC's Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion") [DE 10], and the Court, having reviewed the Motion and docket, and being advised that all counsel have agreed to the entry of this Order, it is;

**ORDERED AND ADJUDGED** that the Motion [DE 10] is **GRANTED.** Defendant shall have through and including May 19, 2020 in which to respond to Plaintiff's Complaint.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record