**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. Case 0:20-cv-60692-WPD

JERRY PAUL,

    Plaintiff,

vs.

ENVISION PHYSICIAN SERVICES, LLC,

    Defendant.,

_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff JERRY PAUL, and Defendant ENVISION PHYSICIAN SERVICES, LLC (collectively, the "Parties"), hereby file this Joint Response to this Court's Order to Show Cause [D.E. 21], and state:

The Parties respectfully, apologize to this Court for not requesting additional time for the Parties to select a mediator on or before the two-week deadline step by this Court's Scheduling Order. *See* D.E. 18 (dated June 12, 2020, and directing the Parties to, among other things, select a mediator within fourteen (14) days of the date of the underlying Order).

On July 06, 2020, the Parties were able to reach an agreement on the selection of a mediator, *see* D.E. 22 (selecting Steven Jaffe of Upchurch Watson White & Max).

The parties, respectfully, ask that this Court allow the Parties to proceed to mediate this matter before Steven Jaffe of Upchurch Watson White & Max Mediation Group on the date and time agreed upon by the Parties, and to *not* direct the Clerk to randomly select a mediator from the list of certified mediators. The Parties believe, in good faith, that allowing the matter to proceed to

mediation before the agreed upon mediator, *i.e.,* Steven Jaffe, is in the best interest of all parties involved.

DATED: July 6, 2020


DATED:    July 6, 2020

Respectfully Submitted,

| /s/ Jibrael S. Hindi | /s/ Rodney L. Lewis |
|---|---|
| **JIBRAEL S. HINDI, ESQ.** | **RODNEY L. LEWIS, ESQ.** |
| Florida Bar No.: 118259 | Polsinelli PC |
| E-mail:jibrael@jibraellaw.com | 150 N. Riverside Plaza, Suite 3000 |
| **THOMAS J. PATTI, ESQ.** | Chicago, IL 60606 |
| Florida Bar No.: 118377 | 312-873-3686 |
| E-mail:tom@jibraellaw.com | Email: rodneylewis@polsinelli.com |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |