UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60692-CIV-DIMITROULEAS

JERRY PAUL,
Individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

ENVISION PHYSICIAN SERVICES, LLC,

      Defendant.
_____/

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal With Prejudice (the "Stipulation") [DE 26], filed herein on September 21, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 26] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 22nd day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record